UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANUELA ISABEL DIAZ-AGUERO,

                Petitioner,

    v.

KRISTI NOEM, ET AL,

                Respondent.

Case No. 2:26-cv-00637-TLF

ORDER FOR JOINT STATUS REPORT

On February 23, 2026 petitioner, through counsel, filed a 28 U.S.C. § 2241 immigration habeas petition. Dkt. 1. The parties have filed their briefs. Dkt. 1 (petition); Dkt. 5 (response); Dkt. 8 (traverse). An immigration hearing before Judge Scala on petitioner's removal proceedings was scheduled for March 18, 2026. Dkt. 5 at 2; Dkt. 8, Traverse, at 2; Dkt. 8-1, Exh. A, at 2. As of the date of this Order for Joint Status Report, the Court has received no updates regarding the proceedings or any resulting disposition which may affect the Court's jurisdiction over the habeas petition.

Therefore, the Court ORDERS petitioner and respondent to file a joint status report on or before March 30, 2026, to inform the Court of the outcome of the hearing before Judge Scala, provide any relevant documents concerning the March 18, 2026 hearing, and indicate whether additional briefing is required for this habeas corpus proceeding.

ORDER FOR JOINT STATUS REPORT - 1

Dated this 25th day of March, 2026.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER FOR JOINT STATUS REPORT - 2